IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAN FRANCIS BECKER,

    Plaintiff,
v.                                                    CASE NO. 1:19-cv-104-AW-GRJ

STATE OF FLORIDA,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate confined at Marion Correctional Institution in Marion, Ohio, initiated this case by filing a pleading construed as a civil rights complaint. ECF No. 1. The Complaint is before the Court for screening pursuant to 28 U.S.C. § 1915A.

The Complaint suffers from numerous defects. First, Plaintiff failed to use this Court's form for prisoner civil rights complaints. Pursuant to N.D. Fla. Loc. R. 5.7(A), "the Court need not—and ordinarily will not—consider a petition, motion, or complaint that is not filed on the proper form." In addition to failing to use the Court's form, Plaintiff's allegations are largely unintelligible and appear to stem from various political matters concerning former U.S. presidents and other political figures. Plaintiff identifies no

cognizable basis for this Court to exercise federal subject matter jurisdiction over any of the "claims" asserted therein.  *See* ECF No. 1.

Second, Plaintiff failed to either pay the $400.00 filing fee or file a motion for leave to proceed as a pauper.  Pursuant to N.D. Fla. Loc. R. 5.1(H), "[a] civil action shall not be filed by the clerk until the fee is paid . . . unless the complaint or petition is accompanied by a motion for leave to proceed *in forma pauperis* [IFP]."

In view of these procedural defects and Plaintiff's failure to identify any potentially cognizable and meritorious federal claims, the Court ordered Plaintiff to show cause on or before October 16, 2019, as to why this case should not be dismissed.  ECF No. 4.  As of this date, Plaintiff has failed to respond.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 24th day of October 2019.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.