# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JAN FRANCIS BECKER,**

    **Plaintiff,**

**v.**                                                                                 **Case No. 1:19-cv-104-AW-GRJ**

**STATE OF FLORIDA,**

    **Defendant.**

_____/

## **ORDER OF DISMISSAL**

This case is before the Court upon the magistrate judge's October 24, 2019 Report and Recommendation. ECF No. 5. There have been no objections. I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED for failure to comply with an order of the court and failure to prosecute.

3. The Clerk is directed to close the file.

SO ORDERED on December 6, 2019.

                                                                  s/ *Allen Winsor*
                                                                  United States District Judge